**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                 **ORDER**

     v.                23 Mag. 5286

ALEXANDRE REGIS,

        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

  The Court is in receipt of Defendant Mr. Alexandre Regis's letter regarding an update on enrollment in mental health services. Dkt. No. 7. The Court appreciates that Mr. Regis has made progress in seeking mental health services, but understands that the intake process is not yet complete and services have not yet begun. The Government and Pretrial Services oppose the removal of location monitoring until the full intake process is complete. Mr. Regis represents that a follow-up intake meeting is scheduled within the next two weeks. Dkt. No. 7. The Court orders a status update letter by **August 4, 2023**. Mr. Regis shall remain on home detention enforced by location monitoring in the interim.

  SO ORDERED.

DATED: New York, New York
      July 20, 2023

                    _____
                    JENNIFER E. WILLIS
                    United States Magistrate Judge