**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 27, 2023

<u>Via ECF</u>

The Honorable Jennifer Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

SO ORDERED.

/s/ Jennifer E. Willis

Jennifer E. Willis
United States Magistrate Judge

July 28, 2023

**Re:** <u>United States v. Alexandre Regis</u>
      **23 Mag. 5286 (UA)**

Dear Judge Willis,

    I write in furtherance of our previous correspondence regarding Mr. Regis's location monitoring condition in the above-captioned matter. Earlier this week, Mr. Regis attended and completed an intake evaluation with a mental health provider contracted through Pretrial Services. Mr. Regis is now enrolled in individual therapy with this provider, and his treatment schedule will be determined by his provider and Pretrial Services.

    Mr. Regis's co-signers have also been sworn to his personal recognizance bond. Accordingly, we submit that Mr. Regis has satisfied all the preconditions that were set at his presentment and we respectfully request that his location monitoring condition be removed. The Government does not object to this request.

    We can provide additional information if the Court has any questions.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    AUSA Benjamin Burkett
        Pretrial Services Officer Laura Gialanella