UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEXANDRE REGIS,<br><br>            Defendant. | No. 23 Mag. 5286 (UA)<br><br>Name: Alexandre Regis<br>NYSID No. 02868832Q<br>B/C No. 4412302708<br>DOB: 10/4/1995<br>Location: OBCC |

TO:   Otis Bantum Correctional Center
      11-11 Hazen Street
      East Elmhurst, NY  11370

### [PROPOSED] ORDER TO PRODUCE

WHEREAS an application has been made by the defense, by and through Assistant Federal Defender Neil P. Kelly, counsel for ALEXANDRE REGIS, and with the consent of the Government, by and through Assistant United States Attorney Benjamin Burkett, for the production of the above-noted inmate for a psychiatric or psychological evaluation on the 20th day of October, 2023, at 9:00 a.m. at Bellevue Hospital Psychiatric Prison Ward, 462 First Avenue, New York, NY 10016, to be conducted by Dr. Alexandra Garcia-Mansilla; and

WHEREAS that said inmate, ALEXANDRE REGIS, is currently confined at Otis Bantum Correctional Center under NYSID# 02868832Q, Book and Case # 412302708, and said inmate, ALEXANDRE REGIS, has a pending case in the United States District Court for the Southern District of New York under docket number 23 Mag. 5286 (UA);

IT IS ORDERED that Dr. Alexandra Garcia-Mansilla be admitted to Bellevue Hospital Psychiatric Prison Ward on the 20th day of October 2023 for the purpose of conducting said examination; and

IT IS FURTHER ORDERED that the Warden of the aforementioned institution produce

the defendant at Bellevue Hospital Psychiatric Prison Ward, 462 First Avenue, New York, NY 10016, on the 20th day of October 2023, at 9:00 a.m. for the purpose of conducting said examination for said inmate and said inmate shall be returned to the institution where said inmate had been incarcerated prior to the issuance of this Order; and

    IT IS FURTHER ORDERED that said inmate, ALEXANDRE REGIS, will be produced on all subsequent dates so endorsed by Dr. Alexandra Garcia-Mansilla as is required to complete the aforementioned evaluation of said inmate until this Order is signed off as satisfied by Dr. Alexandra Garcia-Mansilla; and

    IT IS FURTHER ORDERED that this Order shall remain in full force and effect throughout the pendency of this case, unless the Court modifies this Order.

Dated:    New York, New York
             October 2, 2023

_____
THE HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK