UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Alexandre Regis,

*Defendant.*

**Deferred Prosecution Agreement**

23 Mag. 5286

TO: ALEXANDRE REGIS

On July 5, 2023, a criminal Complaint was issued by a United States Magistrate Judge in the Southern District of New York, in which you are accused of committing offenses against the United States, to wit, impersonating an officer or employee of the United States, in violation of Title 18, United States Code, Sections 912 and 2. However, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of one year from the signing of this agreement. The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state, and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law enforcement officer.

(2) You shall associate only with law-abiding persons.

(3) You shall work regularly at a lawful occupation and/or regularly attend school and support your legal dependents, if any, to the best of your ability. When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer at once. You shall consult him or her prior to job and school changes.

(4) You shall not leave the Southern or Eastern Districts of New York or the District of New Jersey without permission of your supervising U.S. Pretrial Services Officer.

(5) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(6) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(7) You shall report to your supervising U.S. Pretrial Services Officer as directed.

As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial

Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

You further agree to the following special terms and conditions constituting your good behavior and satisfactory compliance:

(1) You must regularly undergo mental health evaluation and treatment for the entirety of the one-year term of deferred prosecution. The specific nature of such evaluation and treatment is to be determined by your U.S. Pretrial Services Officer.

(2) You must consent to and sign any necessary release forms to facilitate communications regarding treatment information from service providers directly to your U.S. Pretrial Services Officer for the duration of your supervision.

(3) You must comply with all conditions imposed by the court and any other court orders issued in any state court proceedings against you, including those in *The People of the State of New York v. Alexandre Regis*, Cr.-023782-23QN.

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his or her sole discretion, deem such action advisable.

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
June 3, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Benjamin M. Burkett
Assistant United States Attorney
Tel.: 212-637-2455

07 29 2012

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§3161 *et seq.*, and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
June 5, 2024

_____
Neil Kelly, Esq.
Attorney for Defendant

_____
Alexandre Regis
Defendant

Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved.

Dated: New York, New York
June 12, 2024

_____
United States Magistrate Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
June 12, 2024

_____
Jessica Aguilar-Adan  Laura Gialanella
United States Pretrial Services Officer

07.29.2012