UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ALEXANDRE REGIS,

           Defendant.

CASE NO.: 23 Mag. 5286 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for Thursday, December 12, 2024 at 10:00 am is **RESCHEDULED** to **3:30 pm on the same day**.  The parties, including Mr. Regis, are directed to call: (646) 453-4442; Phone Conference ID: 825 622 005#.

Dated:    New York, New York
            November 6, 2024

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**