UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

ALEXANDRE REGIS,

            Defendant.

CASE NO.: 23 Mag. 5286 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for Thursday, June 12, 2025 at 3:30 pm is **RESCHEDULED** to **Friday, June 13, 2025 at 4:30 pm**. The parties, including Mr. Regis, are directed to call: (646) 453-4442; Phone Conference ID: 825 622 005#.

Dated:    New York, New York
            June 9, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**