# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
### Southern District of New York

Mag. Dkt. No. **23 Mag. 5286**  
USAO No. **2023R00604**

Date **June 13, 2025**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint ☐ Removal Proceedings in

*United States v.* **Alexandre Regis**

The Complaint/Rule 40 Affidavit was filed on **July 5, 2023**

*U.S. Marshals please withdraw warrant*

*/s/ Benjamin M. Burkett*  
ASSISTANT UNITED STATES ATTORNEY  
(handwritten or digital signature)

**Benjamin M. Burkett**  
(print name if signature handwritten)

**SO ORDERED:**

DATE: June 16, 2025

_____  
Hon. Henry J. Ricardo  
United States Magistrate Judge

Distribution: Court; U.S. Marshals; Pretrial Services; AUSA    2020.07.13